# Alltran Financial, LP

P.O. BOX 610, SAUK RAPIDS, MN 56379

TOLL FREE#: 1-866-940-3525
Incoming Calls Answered: Mon-Tues - 8am-8pm, Wed - 8am-6pm
Thur-Fri - 8am-7pm, Sat - 8am-12pm
www.Alltransecurepay.com

Alltran Financial, LP File #: ▇▇7132
Original Account Number: XXXXXXXXXXXX4106
Regarding: HSBC Bank Nevada N.A.
Current Creditor: Cavalry SPV I LLC
Merchant: HSBC Bank Nevada N.A.
**Total Due: $915.82**

08/12/16

## NOTICE OF COLLECTION AND SPECIAL OFFER

Dear **Robert W Aker**,

Your HSBC Bank Nevada N.A. account has been purchased by Cavalry SPV I LLC and placed with us for collection. Our services have been contracted for the recovery efforts of your delinquent account in the amount of $915.82.

In an effort to resolve this matter as quickly as possible we have been authorized to negotiate GENEROUS SETTLEMENT TERMS on this account. Please review the following settlement opportunities to make resolution of your account a reality:

1. Settle your account in three monthly payments of $158.74. That is a savings of 48% on your outstanding balance.
2. Extend your time and settle your account in 6 monthly payments of $87.00. This is a savings of $393.80 on your outstanding account balance.
3. Extend your time and pay your balance in full in 18 monthly payments of $50.88.

To resolve your debt online, please visit us at www.Alltransecurepay.com.

To take advantage of an opportunity to settle your account, call Robert Johnson at **1-866-940-3525**. As long as you haven't made other arrangements to repay this debt, you may be eligible for these offers. These offers are valid for 30 days from the date of this letter. If you wish to make a payment proposal after that time, or if you need additional time to repond to these offers, please call us to discuss. We are not obligated to renew these offers.

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

This collection agency is licensed by the Division of Banking in the Wisconsin Department of Financial Institutions, www.wdfi.org.

---

### CUSTOMER SERVICE AND PAYMENT INFORMATION



**Pay your bill online!**
Visit us at
**www.Alltransecurepay.com**

**TOLL FREE PHONE AND HOURS:**
**1-866-940-3525**
Mon-Tues - 8am-8pm, Wed - 8am-6pm
Thur-Fri - 8am-7pm, Sat - 8am-12pm

**SEND MAIL AND/OR PAYMENT TO:**
Alltran Financial, LP
PO Box 610
Sauk Rapids, MN 56379

V2SB52

---

Please detach and return with payment in the enclosed envelope.

PO Box 1952
Southgate, MI 48195-0952

I authorize the following amount to be charged to my credit card shown. ☐  VISA  ☐ MasterCard  ☐  DISCOVER  ☐ AMERICAN EXPRESS

Cardholder name: _____  Exp. Date: _____

Account #: ☐☐☐☐ ☐☐☐☐ ☐☐☐☐ ☐☐☐☐

Amount $: _____  Signature: _____

08/12/16

Alltran Financial, LP File #: ▇▇7132  Balance Due: $915.82
Original Account #: XXXXXXXXXXXX4106

Robert W Aker
2611 23rd Ave
Kenosha, WI 53140-4820

PLEASE SEND ALL CORRESPONDENCE TO:

ALLTRAN FINANCIAL, LP
P.O. BOX 610
SAUK RAPIDS, MN 56379

Toll Free#: 1-866-940-3525
www.Alltransecurepay.com

224155904572
2140/0002003/0009