UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ROBERT AKER,

    Plaintiff,

v.      Case No. 17-CV-985

ALLTRAN FINANCIAL LP,

    Defendant.

## ORDER FOR DISMISSAL

Based on the stipulation of the parties (ECF No. 16), and pursuant to Fed. R. Civ. P. 41(a)(1), this matter is hereby dismissed with prejudice and without costs for either party.

**SO ORDERED.**

Dated at Milwaukee, Wisconsin this 23rd day of March, 2018.

_____
WILLIAM E. DUFFIN
U.S. Magistrate Judge